JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A., | NO. EDCV-25-00168-AGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED:  March 23, 2026

_____
ALICIA G. ROSENBERG
United States Magistrate Judge